Order entered April 25, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00534-CR

### EX PARTE ALEXIS RUIZ

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. WX13-90002-I**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying appellant the relief sought by his article 11.072 application for writ of habeas corpus.

We **ORDER** the Dallas County District Clerk to file the clerk's record within **FIFTEEN DAYS** of the date of this order.

We **ORDER** court reporter Velma Loza to file, within **FIFTEEN DAYS** of the date of this order, either the reporter's record or written verification that no hearing was conducted on the application for writ of habeas corpus.

Appellant's brief is due within **THIRTY DAYS** of the date of this order. The State's brief is due within **FORTY-FIVE DAYS** of the date of this order.

The appeal will be submitted without argument on **July 12, 2013** to a panel consisting of Justices FitzGerald, Murphy, and Lewis.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; Dallas County District Clerk's Office, Criminal Records Division; Velma Loza, official court reporter, Criminal District Court No. 2; and to counsel for all parties.


/s/     DAVID EVANS
JUSTICE